# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CR 56

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **SEALED** |
| Vs. ) | **ORDER** |
| ) | |
| TARANCE JAVON ROSEBORO. ) | |
| ) | |

**THIS MATTER** has come before the Court, pursuant to a letter (#17) dated sent by defendant to the undersigned which the undersigned had filed and sealed in this matter. In the letter defendant presented certain questions concerning his plea of guilty in this matter. At the call of this matter on for hearing it appeared that defendant was present along with his attorney, Fredilyn Sison and United States Attorney John Pritchard was present. Ms. Sison advised that defendant's questions as set forth in the letter had all been answered and responded to by her. The undersigned made an individual inquiry with defendant and defendant advised that his questions had been answered and he was satisfied with his attorney. The undersigned has determined to enter an order setting forth that the questions set forth by defendant in his letter have been responded to and are moot.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the questions as set forth in the letter (#17) sent by defendant to the undersigned have been answered by his counsel and are rendered **MOOT**.

Signed: October 2, 2012

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants